EUGENIE DE BUCK ET AL., PROSECUTORS, v. TOWN COUNCIL OF SECAUCUS ET AL., RESPONDENTS.

Submitted May 12, 1933—Decided September 15, 1933.

Before Justices CASE, BODINE and DONGES.

For the prosecutors, *Edward Stover*.

For the respondents, *John E. Degelmann*.

PER CURIAM.

Application is made for a writ of *certiorari* to review an ordinance of the town council of the town of Secaucus, adopted February 28th, 1933, for the opening and widening of Chestnut Place, in said town, as a local improvement.

From the facts submitted, we conclude that the prosecutors have not made such showing as warrants the allowance of the writ.

The application is, therefore, dismissed.